UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CREATIVE CHOICE HOMES XXX, LLC,
f/k/a Creative Choice Homes XXX, Inc.,

    Plaintiff,

v.                                                  Case No: 8:19-cv-1903-TPB-AAS

AMTAX HOLDINGS 690, LLC,
and PROTECH 2005-C, LLC,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Amanda Arnold Sansone, United States Magistrate Judge, entered on April 25, 2022. (Doc. 177). Judge Sansone recommends that the Court grant Defendants' motion for entitlement to an award of attorney's fees and nontaxable expenses against Plaintiff. (Doc. 175). The motion was unopposed, no objections have been filed, and the time to file objections has expired.[1]

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate

---

[1] On May 4, 2022, Plaintiff filed a voluntary petition under Chapter 11 in the United States Bankruptcy Court for the Southern District of Florida, which automatically stayed enforcement proceedings. On July 1, 2022, the bankruptcy court entered an order modifying the automatic stay to permit Defendants to liquidate their claims for attorneys' fees and expenses. The bankruptcy court's order, however, does not permit them to seek enforcement or collection of any resulting award. *See* (Doc. 192-1).

judge's report and recommendation.  28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  A district court must "make a de novo determination of those portions of the [report and recommendation] to which objection is made."  28 U.S.C. § 636(b)(1)(C).  When no objection is filed, a court reviews the report and recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

After careful consideration of the record, including Judge Sansone's report and recommendation, the Court agrees with Judge Sansone's well-reasoned findings and conclusions.  Consequently, Defendants' motion as to entitlement to fees and nontaxable expenses is granted.

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Judge Sansone's report and recommendation (Doc. 177) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Defendants' Uncontested Motion for Determination of Entitlement to Award of Attorneys' Fees and Nontaxable Expenses" (Doc. 175) is granted.

(3)  Defendants are directed to file a supplemental motion on the amount of fees and expenses pursuant to Local Rule 7.01(c) on or before August 15, 2022.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 21st day of July, 2022.

*[signature: T.P. Bar]*

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**