UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CREATIVE CHOICE HOMES XXX, LLC,
f/k/a Creative Choice Homes XXX, Inc.,

    Plaintiff,

v.                                            Case No: 8:19-cv-1903-TPB-AAS

AMTAX HOLDINGS 690, LLC,
and PROTECH 2005-C, LLC,

    Defendants.
_____ /

CREATIVE CHOICE HOMES XXXI, LLC,
f/k/a Creative Choice Homes XXXI, Inc.,

    Plaintiff,

v.                                            Case No: 8:19-cv-1910-TPB-AAS

MG AFFORDABLE MASTER, LLC,
MG GTC MIDDLE TIER I, LLC,
and MG GTC FUND I, LLC,

    Defendants.
_____ /

**ORDER ON POST-TRIAL MOTIONS**

    Before the Court are the following post-trial motions in the above-captioned cases: (1) "Plaintiffs' Motion to Stay Enforcement of Judgments," filed on June 21, 2022 (Doc. 189 in Case No. 8:19-cv-1903 and Doc. 176 in Case No. 8:19-cv-1910); and (2) "Defendants/Counter-Plaintiffs' Second Renewed Emergency Motion to Enforce Judgment and for Injunctive Relief against Counter-Defendant Impro Synergies,

LLC," filed on September 2, 2022. (Docs. 200 and 187 in the respective cases). On October 12, 2022, the Court held a hearing on the Second Renewed Emergency Motion. The Court, having considered the motions and responses, and having heard argument of counsel, for the reasons stated on the record during the hearing and in consideration of the proposed orders submitted by the parties, finds as follows:

Plaintiffs' "Motion to Stay Enforcement of Judgments" is denied, except as follows:

a. For 30 days from the date of this Order, and during the pendency of any future appeals, the real property owned by Creative Choice Homes XXX, Ltd. (the "Fountainview Partnership") and by Creative Choice Homes XXXI, Ltd. (the "Park Terrace Partnership," and together with the Fountainview Partnership, the "Partnerships") shall not be encumbered or sold, and a refinance of the Partnerships' respective debt is not permitted.

b. For 30 days from the date of this Order, and during the pendency of any future appeals, any distribution of cash flow owed to the General Partners from the Partnerships shall be held in a separate account and will not be distributed.

HLH Fountainview GP, LLC, the new General Partner of the Fountainview Partnership, shall remain in control of the Fountainview Partnership. HLH Park Terrace GP, LLC, the new General Partner of the Park Terrace Partnership, shall remain in control of the Park Terrace Partnership. CAPREIT (or other qualified and appropriately insured property manager not affiliated with Defendants) shall remain as the management agent of the Partnerships.

HLH Fountainview GP, LLC and HLH Park Terrace GP, LLC shall provide to Plaintiffs the monthly financial reporting for the Partnerships required under Section 13.4(b)(i) of the Fountainview Partnership Agreement and Section 14.3B of the Park Terrace Partnership Agreement.

Plaintiffs and Counter-Defendant Impro Synergies, LLC shall make reasonable efforts to obtain the following records, and then deliver the following records to the Limited Partners within fourteen (14) business days from receipt of the same:

   a.   proof of cancellation of any insurance policies secured by Plaintiffs or Impro for the Partnerships and the corresponding premium refunds to the Partnerships;

   b.   to the extent not already provided, copies of all bank statements for the Partnerships' security deposit accounts for calendar year 2022; and

   c.   to the extent not already provided, copies of all bank statements for the Partnerships' operating accounts for calendar year 2022.

It is therefore

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. "Plaintiffs' Motion to Stay Enforcement of Judgments" in Case No. 8:19-cv-1903-TPB-AAS (Doc. 189) is **GRANTED IN PART** and **DENIED IN PART**, as provided herein.

2. "Plaintiffs' Motion to Stay Enforcement of Judgments" in Case No. 8:19-cv-1910-TPB-AAS (Doc. 176) is **GRANTED IN PART** and **DENIED IN PART**, as provided herein.

3. "Defendants/Counter-Plaintiffs' Second Renewed Emergency Motion to Enforce Judgment and for Injunctive Relief against Counter-Defendant Impro Synergies, LLC" in Case No. 8:19-cv-1903-TPB-AAS (Doc. 200) is **DENIED**.

4. "Defendants/Counter-Plaintiffs' Second Renewed Emergency Motion to Enforce Judgment and for Injunctive Relief against Counter-Defendant Impro Synergies, LLC" in Case No. 8:19-cv-1910-TPB-AAS (Doc. 187) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of December, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT**
**JUDGE**