# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CREATIVE CHOICE HOMES XXX,
LLC f/k/a CREATIVE CHOICE
HOMES XXX, INC.,

      Plaintiffs/Appellants,

v.                                                    Case No. 8:19-cv-1903-TPB-AAS

AMTAX HOLDINGS 690, LLC, et al.,

      Defendants/Appellees.

                              /

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendations of United States Magistrate Judge Amanda A. Sansone, entered on April 28, 2026.  (Doc. 241). Judge Sansone recommends that the Appellees' motion for an award of attorney's fees (Doc. 237) be granted in part and denied in part.[1]

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."  28 U.S.C. §

---

[1] Creative Choice Homes XXX, LLC v. Amtax Holdings 690, LLC, et al., 8:19-cv-01903- TPB-AAS and Creative Choice Homes XXXI, LLC v. MG Affordable Master, LLC, et al., 8:19-cv-01910-TPB-AAS were consolidated for purposes of the appeal.

636(b)(1)(C).  When no objection is filed, a court reviews the report and recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation in all respects. The Court agrees with Judge Sansone's detailed and well-reasoned factual findings and legal conclusions. As such, the Appellees' motion for an award of attorney's fees (Doc.237) is granted in part and denied in part.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The report and recommendation (Doc. 241) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. The "Appellees' Application for Attorneys' Fees" (Doc. 237) is **granted in part and denied in part.**

3. The defendants/appellees are awarded reasonable attorney's fees in the amount of **$84,800.00** for appellate fees.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 17th day of June, 2026.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE